IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE JENKINS,<br><br>　　　　Plaintiff,<br>v.<br><br>OAKLAND POLICE OFFICER S. VALLE,<br>et al.,<br><br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 04-4759 SBA (pr)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Docket nos. 1, 2) |

　　　　On November 9, 2004, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and application to proceed in forma pauperis (IFP). Plaintiff was notified that his IFP application was deficient due to the failure to include a signed certificate of funds and a prison trust account statement for the previous six months. Plaintiff was ordered to either pay the $150.00 filing fee or submit a signed certificate of funds and a prison trust account statement for the previous six months within thirty (30) days, and that his failure to do so would result in dismissal of this action.

　　　　More than thirty days have passed and Plaintiff has not paid the filing fee or submitted a signed certificate of funds and a prison trust account statement for the previous six months. Accordingly, Plaintiff's IFP application is DENIED and this action is DISMISSED without prejudice. All pending motions are TERMINATED. The Clerk of the Court shall close the file.

IT IS SO ORDERED.


DATED: 5/3/05

　　　　　　　　　　　　　　　　　　s/Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge